UNITED STATES DISTRICT CIRCUIT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-61383-CIV-COHN/SELTZER

HARVEY A. BUCHHOLZ,

    Plaintiffs,

v.

WONTON GARDENS, INC. d/b/a WONTON GARDEN
CHINESE RESTAURANT, and CHI MAN CHANG,
an individual, and KAM HA CHANG, an individual

    Defendants.
_____/

### ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR FINAL DEFAULT JUDGMENT AS TO DEFENDANTS CHI MAN CHANG and KAM HA CHANG

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Final Default Judgment as to Defendant Chi Man Chang, and Kam Ha Chang, for Injunctive Relief [DE 20].  The Court having carefully considered the motion, the entire file of this case including Plaintiff's complaint, return of service upon Defendants Chi Man Chang and Kam Ha Chang [DE's 8 and 9], the Clerk's entry of default against defendant [DE 14], and the failure of Defendants to respond to Plaintiff's motion, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Final Default Judgment as to Defendant Chi Man Chang, and Kam Ha Chang, for Injunctive Relief  [DE 20] is hereby **GRANTED in part**;

2. The request for immediate entry of a final default judgment is **DENIED**;

3. The Court will enter default judgment against the individual defendants, co-owners of the property at issue in this Americans with Disabilities Act action, at

the time the claims against Defendant Wonton Garden, Inc. are resolved.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of September, 2011.

_____
JAMES I. COHN
United States District Judge

copies to:

Counsel as listed on CM/ECF